Probation Form No. 35
(1/92)

Report and Pr[...]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/2020

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                    Docket No. 1: 11 CR 00663-01 (AT)

Khalid Barbee

On April 16, 2019, the above named was placed on supervised release for a period of three (3) years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Khalid Barbee be discharged from supervised release..

Respectfully submitted,

by  *Robert L. Walsh*
Robert L. Walsh
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this  21st  day of  April  , 20 20 .

Honorable Analisa Torres
U.S. District Judge